IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RACQUEL LEWIS-DAVIS,** : | |
|    Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-CV-4052** |
| : | |
| **U.S. DEPARTMENT OF JUSTICE,** : | |
| *et al.*, : | |
|    Defendants. : | |

## ORDER

AND NOW, this 10th day of November, 2021, upon consideration of Plaintiff Racquel Lewis-Davis's Motion to for Leave to Proceed *In Forma Pauperis* (ECF No. 5), "Motion to Withdrawal [sic] DOJ" (ECF No. 4) and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The "Motion to Withdrawal [sic] DOJ" (ECF No. 4) is **GRANTED** and the U.S. Department of Justice is dismissed without prejudice as a party to this lawsuit.

4. The remainder of the Complaint is **DISMISSED** for the reasons in the Court's Memorandum as follows:

    a. The claims raised by Lewis-Davis on behalf of others are **DISMISSED WITHOUT PREJUDICE**; and

    b. Lewis-Davis's claims are **DISMISSED WITH PREJUDICE**.

5. The Clerk of Court shall **CLOSE** this case.

                              **BY THE COURT:**

                              /s/ John R. Padova

                              **JOHN R. PADOVA, J.**